■ ROBERT W. CINQUE, Respondent, v BOARD OF ASSESSORS OF THE TOWN OF EAST HAMPTON et al., Appellants. [624 NYS2d 961] —Appeal by the defendants from an order of the Supreme Court, Suffolk County (Rohl, J.), dated September 11, 1992.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Rohl at the Supreme Court. Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.